```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 17782
   WILSON H CARVAJAL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-9997


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 07/10/2008 and was not confirmed.

      The case was dismissed without confirmation 09/11/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------

INTERNAL REVENUE SERVICE NOTICE ONLY    NOT FILED              .00           .00
FAIRLANE CREDIT          UNSECURED      NOT FILED              .00           .00
FIRST PREMIER BANK       UNSECURED      NOT FILED              .00           .00
GAIL COHEN               UNSECURED      NOT FILED              .00           .00
HSBC BANK                UNSECURED      NOT FILED              .00           .00
LINCOLN TECH             UNSECURED         1500.29             .00           .00
HIGHER EDUCATION STUDENT UNSECURED         2653.93             .00           .00
PALADISE COLLECTION      UNSECURED      NOT FILED              .00           .00
PAYDAY LOAN              UNSECURED      NOT FILED              .00           .00
SALLIE MAE LOAN SERVICIN NOTICE ONLY    NOT FILED              .00           .00
ILLINOIS SECRETARY OF ST NOTICE ONLY    NOT FILED              .00           .00
INTERNAL REVENUE SERVICE PRIORITY          6355.67             .00           .00
INTERNAL REVENUE SERVICE UNSECURED         1000.00             .00           .00
PHILIP A IGOE            DEBTOR ATTY         .00                             .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         ---------------    ---------------
TOTALS                        .00                    .00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 17782 WILSON H CARVAJAL

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |